IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

FILED
DEC 1 9 2006
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
DEPUTY CLERK

| | |
|---|---|
| RODRIGO JUANES, ALVARO GUZMAN, HUGO CAZARES, HUGO GONZALEZ and EDGAR NAVA, individually and on behalf of those similarly situated, § § § § § § § § § § § § § | |
| Plaintiffs, | CIVIL ACTION NO. |
| vs. | SA-03-CA-1133 RF |
| Urban Concrete Contractors, Ltd., | |
| Defendant. | |

## AGREED ORDER OF DISMISSAL, WITH PREJUDICE

On this date, the above-numbered and styled civil action came on for consideration by the Court. The Court is advised, by virtue of the signatures of counsel hereon, that all parties have fully, finally and completely compromised and settled and resolved all matters in dispute herein, and that Plaintiffs no longer desire to prosecute their various claims or any causes of action against Defendant. It is, therefore

**ORDERED, ADJUDGED and DECREED** that all claims and causes of action filed by Plaintiffs herein, or which could have been asserted herein, as well as any and all counterclaims, are hereby DISMISSED WITH PREJUDICE. All costs of court are assessed against the respective party incurring same. This is a Final Order entered pursuant to the stipulation of the parties, from which Order the parties further stipulate, by the signatures of their counsel, that no appeal will be taken.

**SIGNED AND ENTERED** this 19th day of December, 2006.

_____
UNITED STATES DISTRICT JUDGE

SO STIPULATED, AGREED AND APPROVED,
AND ENTRY EXPRESSLY REQUESTED:

SERNA & ASSOCIATES, PLLC
12175 Network Blvd., Suite 175
San Antonio, Texas 78249
(210) 228-0095
(210) 228-0839 - Telecopier

By: _____
         ENRIQUE G. SERNA
         State Bar No. 00178617

CAMPOS, MARTINEZ-VITELA & VILLARREAL, P.C.
419 South Presa Street
San Antonio, Texas 78205
(210) 472-3333
(210 472-3336 - Telecopier

By: _____
         RUBEN D. CAMPOS
         State Bar No. 03732500

LAW OFFICE OF WILLIAM R. TOWNS
7402 Round Mountain
San Antonio, Texas 78255
(210) 695-1635
(210) 695-1635 – Telecopier

_____
         WILLIAM R. TOWNS
         State Bar No. 20158200

ATTORNEYS FOR PLAINTIFFS

2

**CLEMENS & SPENCER**
A Professional Corporation
112 East Pecan Street, Suite 1500
San Antonio, Texas 78205
(210) 227-7121
(210) 227-0732 – Telecopier


**LAW OFFICE OF WILLIAM H. LEMONS**
Travis Park Plaza, Suite 210
711 Navarro Street
San Antonio, Texas 78205
(210) 224-5079
(210) 224-5091 – Telecopier


By: _/s/ William H. Lemons_
    WILLIAM H. LEMONS
    State Bar No. 12199500

**ATTORNEYS FOR DEFENDANT**